DANE W. EXNOWSKI, #281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
Dane.Exnowski@mccalla.com

Attorney for Movant

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Edward R. Martin,<br><br>Debtor. | Case No.: 22-01022-MM7<br><br>Chapter 7<br><br>**STATEMENT OF NON-OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY**<br><br>**HEARING DATE:**<br>Date:  7/11/2024<br>Time:  10:00 AM<br>Place: dep. 2 |

**TO THE HONORABLE COURT, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

Freedom Mortgage Corporation ("Secured Creditor) hereby files the following response to the Trustee's Motion to Sell Real Property filed on 6/13/2024 as docket entry number 128 in the above-captioned matter (the "Motion"). Secured Creditor is a party in interest as the holder of the 1st deed of trust secured by the collateral that is the subject of the Motion. Secured Creditor hereby responds to the Trustee's Motion on the following grounds:

The Motion seeks*, inter alia*, an order authorizing the sale of the real property commonly described as 3012 CHARWOOD CT, SPRING VALLEY, CA 91978 ("Property").  The Motion seeks authority to sell the Property under 11 U.S.C. § 363 and also seeks relief free and clear of liens or interests under 11 U.S.C. § 362(f).  The sale price is sufficient to pay Secured Creditor in full.

Secured Creditor does not oppose entry of an order authorizing the proposed sale of the Property as prayed for in the Motion, as it proposes to pay Secured Creditor in full (subject to trustee review of payoff). Secured Creditor does set forth, to the extent necessary and out of an abundance of caution, that it does not consent for purposes of 11 U.S.C. § 363(f) or otherwise, to any sale free and clear of its lien unless it receives proceeds sufficient to satisfy its lien in full, the amount of which is to be determined by Secured Creditor's payoff demand, as may be updated, submitted to escrow and/or the trustee.

Dated: 6/24/2024                              Respectfully Submitted,

                                             McCalla Raymer Leibert Pierce, LLP

                              By:    */s/ Dane Exnowski*
                                             DANE W. EXNOWSKI
                                             Attorney for Secured Creditor

## PROOF OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 and the laws of the United States, and declare as follows:

1. That I am a citizen of the United States, over the age of 21 years and competent to be a witness herein.

2. That on 6/24/2024, I transmitted for service via in the United States mail, first class, copies of the: **NON-OPPOSITION TO MOTION FOR ORDER TO SELL REAL PROPERTY**, addressed as follows:

**Debtor**
Edward R. Martin
941 Orange Ave # 122
Coronado, CA 92118-2609

Copies were also transmitted electronically on the same date via ECF to:

- **Ruben F Arizmendi  rfalaw@gmail.com**
- **Leslie T. Gladstone  leslieg@flgsd.com**
- **Christopher R. Barclay      admin@crb7trustee.com**

Dated: 6/24/2024                                                                  McCalla Raymer Leibert Pierce, LLP

                                                                                            By: /s/ Dane Exnowski
                                                                                            Name: Dane Exnowski